HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent, *v.* FIRST NATIONAL BANK & TRUST COMPANY OF PATERSON, NEW JERSEY, Defendant, and the PEOPLE OF THE STATE OF NEW YORK, Appellant.

Submitted February 23, 1954; decided March 4, 1954.

*Andrew Eckel* for motion.

*Nathaniel L. Goldstein, Attorney-General (John F. Hmiel* of counsel), opposed.

Motion denied, and case set down for argument during the April, 1954, session of the Court of Appeals.